DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. GALLAGHER
Assistant United States Attorney
Nevada State Bar No. 11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
krystal.gallagher@usdoj.gov

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE AIR FORCE, *et al.*,<br><br>    Defendants. | Case No: 2:14-cv-00631-RFB-NJK |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>
### (First Request)

  Federal Defendants Department of the Air Force and Nellis Air Force Base ("Federal Defendants") respectfully request an extension of time of fourteen (14) days, up to and including December 1, 2014, in which to answer or otherwise respond to Plaintiff's Complaint (ECF #1). An answer or other response is currently due on November 17, 2014.

  In support of the instant Unopposed Motion, the Federal Defendants submit the following:

  1.  This Unopposed Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

1    2.    Plaintiff's Complaint was filed April 24, 2014 (ECF #1).

2    3.    The United States was served with the Complaint on September 18, 2014.

3    4.    Additional time is necessary in order for undersigned counsel to review the extensive

4    record, consult further with agency counsel, and prepare an adequate response to the Complaint.

5    5.    On November 13, 2014, undersigned counsel for the Federal Defendants contacted

6    Plaintiff's counsel who agreed to the requested fourteen (14) day extension of time.

7    6.    The instant motion is filed in good faith and not for the purposes of delay.

8    WHEREFORE, for the above reasons, the Federal Defendants respectfully request the instant

9    Unopposed Motion extending time to file an answer until December 1, 2014, be granted.

10   Respectfully submitted this 14th day of November 2014.

11   DANIEL G. BOGDEN
     United States Attorney
12

13    /s/ Krystal J. Gallagher
     KRYSTAL J. GALLAGHER
14   Assistant United States Attorney

15

16

17

18

19

20   IT IS SO ORDERED:

21

22   NANCY J. KOPPE
     United States Magistrate Judge
23   DATED: November 17, 2014

24

25

26

2