1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TANYA JOHNSON, | ) | Case No. 2:14-cv-00631-RFB-NJK |
|         Plaintiff(s), | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | STAY DISCOVERY |
| | ) | |
| DEPARTMENT OF THE AIR FORCE NELLIS | ) | |
| AIR FORCE BASE, et al., | ) | (Docket No. 20) |
|         Defendant(s). | ) | |

14      Pending before the Court is the United States' unopposed motion to stay discovery pending

15 resolution of its motion to dismiss.  Docket No. 20; *see also* Docket No. 15 (motion to dismiss).  The

16 Court finds this motion properly decided without oral argument.  *See* Local Rule 78-2.  For the reasons

17 discussed more fully below, the motion to stay discovery is hereby **GRANTED**.

18      "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery

19 when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601

20 (D. Nev. 2011).  The case law in this District makes clear that requests to stay all discovery may be

21 granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion

22 can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the

23 merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a

24 claim for relief.  *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]

25 . . .

26

27     [1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned
district judge who will decide the motion to dismiss may have a different view of its merits.  *See Tradebay*,

28 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to
prejudice its outcome.  *See id.*

The Court finds each of these elements exists here.  First, the pending motion to dismiss is potentially case-dispositive as it raises the preliminary issue of the Court's subject matter jurisdiction and will completely dispose of the case if granted.  Second, the motion to dismiss can be decided without discovery.  Third, the Court is convinced that Plaintiff will be unable to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) because this Court lacks subject matter jurisdiction under Title VII.  Accordingly, the unopposed motion to stay discovery (Docket No. 20) is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: January 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2