**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA E. JOHNSON, ) <br> Plaintiff, ) <br> vs. ) <br> DEPARTMENT OF THE AIR FORCE, et al., ) <br> Defendants. ) | 2:14-cv-00631-RFB-NJK <br><br> ORDER RE: MOTION TO WITHDRAW <br><br> (Docket No. 56) |

Pending before the Court is the motion to withdraw as counsel for Plaintiff Tanya E. Johnson. Docket No. 56. Any response shall be filed no later than October 13, 2017. The Court hereby **SETS** a hearing on the motion for October 23, 2017, at 10:00 a.m. in Courtroom 3B. Plaintiff Tanya E. Johnson, her current counsel of record, and any newly retained counsel shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. The failure to attend the hearing may result in the imposition of sanctions.

No later than October 5, 2017, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: October 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge