# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA E. JOHNSON<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00631-RFB-NJK<br><br>ORDER<br><br>(Docket No. 65) |

Pending before the Court is Plaintiff's motion for extension of time to seek counsel. Docket No. 65. On October 23, 2017, the Court ordered Plaintiff to retain new counsel no later than November 27, 2017, or to file a notice of intent to proceed *pro se*. Docket No. 62. Plaintiff requests an extension of 30 days to seek counsel. Docket No. 65. For good cause shown, the Court hereby **GRANTS** Plaintiff's motion for extension of time to seek counsel. *Id.* Plaintiff will have until Friday, January 5, 2018, to either retain new counsel, who must file a notice of appearance in accordance with the Local Rules, or to file a notice of intent to proceed *pro se*.

IT IS SO ORDERED.

DATED: December 4, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge