# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA E. JOHNSON | Case No. 2:14-cv-00631-RFB-NJK |
| Plaintiffs, | ORDER |
| v. | (Docket No. 67) |
| DEPARTMENT OF THE AIR FORCE, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's second motion for extension of time to seek counsel. Docket No. 67. On October 23, 2017, the Court ordered Plaintiff to retain new counsel no later than November 27, 2017, or to file a notice of intent to proceed *pro se*. Docket No. 62. On November 29, 2017, Plaintiff requested an extension to seek counsel, which the Court granted. Docket Nos. 65, 66. Plaintiff now requests another 30 day extension of time to seek counsel. Docket No. 67.

The Court **GRANTS** Plaintiff's motion. Docket No. 67. Plaintiff will have until Monday, February 12, 2018, to either retain new counsel, who must file a notice of appearance in accordance with the Local Rules, or to file a notice of intent to proceed *pro se*. No further extensions will be granted.

IT IS SO ORDERED.

DATED: January 10, 2018

_____
Nancy J. Koppe
United States Magistrate Judge