# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TANYA E. JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE, et al.,<br><br>Defendants. | Case No. 2:14-cv-00631-RFB-NJK<br><br>ORDER<br><br>(Docket No. 70) |

Before the Court is the parties' interim status report. Docket No. 70. The parties submit that they have executed a settlement agreement and are awaiting payment from the Department of the Treasury. *Id.* The Court **ORDERS** the parties to file a stipulation of dismissal no later than April 2, 2018.

IT IS SO ORDERED.

DATED: March 5, 2018

_____
Nancy J. Koppe
United States Magistrate Judge