DAYLE ELIESON
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada State Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: krystal.rosse@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>SECAF, DEBORAH LEE JAMES, Secretary of U.S. AIR FORCE; NELLIS AIR FORCE BASE, a Government Agency; NELLIS AFB, NEVADA,<br><br>  Defendants. | Case No. 2:14-cv-00631-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this 22 day of March 2018.

TANYA JOHNSON
*Plaintiff*

DAYLE ELIESON
United States Attorney

KRYSTAL J. ROSSE
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of March, 2018.